# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **VICTOR URIEL DIEGO ESTRADA,** *Defendant.* | **CRIMINAL ACTION NO. 3:23-cr-00024-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 17]. On December 12, 2023, the Grand Jury returned a two-count Indictment [Doc. 13] against Defendant Victor Uriel Diego Estrada. On December 27, 2023, Defendant pleaded not guilty and waived his right to appear at his arraignment. [Doc. 16]. The Court scheduled a pretrial conference for January 17, 2024.

The Government argues that, because it "just recently made discovery available to defense counsel," a continuance in this case is necessary to "provide for sufficient time to review the discovery material and to engage in productive plea negotiations." [Doc. 17, p. 1].

The Court agrees and finds that granting the Government's request serves the ends of justice. The Court further finds that the ends of justice served by granting the Government's request outweigh the interests of Defendant and the public in a speedy

trial. Failure to grant a continuance would deny the parties reasonable time to review discovery and engage in plea negotiations.

Thus, the Court **GRANTS** the Government's Motion [Doc. 17] and **CONTINUES** the Pretrial Conference until February 12, 2024 (in Macon), and the trial of this matter until March 25, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 29th day of December, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**