# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**VICTOR URIEL DIEGO ESTRADA,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00024-TES-CHW-1** |

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant Victor Uriel Diego Estrada's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 19]. On December 12, 2023, the Grand Jury returned a two-count Indictment [Doc. 13] against Defendant. Defendant pleaded not guilty on December 27, 2023, and waived his right to appear at his arraignment. [Doc. 16]. That same day, the Court set a Pretrial Conference for January 17, 2024. On December 30, 2023, the Court issued an Order [Doc. 18] granting the Government's Unopposed Motion to Continue Trial [Doc. 17] and continuing this case until the March trial term. On January 24, 2024, the Court scheduled a pretrial conference for February 15, 2024. On February 13, 2024, Defendant filed this Motion. [Doc. 19].

Defendant states that he "received additional discovery on February 7, 2024," and "additional discovery [will] likely be forthcoming." [Doc. 19, pp. 1–2]. After reviewing the new discovery materials, Defendant asked his counsel to conduct

additional investigation—specifically, to interview someone who allegedly either purchased methamphetamine from or sold methamphetamine to Defendant. [Doc. 19, p. 2]. Either way, Defendant requests additional time to investigate, review the results of the investigation, and then engage in plea negotiations if warranted. [*Id.*]. "[T]he Government is unopposed" to this Motion. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny the parties reasonable time to review discovery, conduct necessary investigations, and engage in plea negotiations.

Thus, the Court **GRANTS** Defendant's Motion [Doc. 19] and **CONTINUES** the Pretrial Conference until March 12, 2024, and the trial of this matter until April 22, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 13th day of February, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**