**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL ACTION NO.** |
| **VICTOR URIEL DIEGO ESTRADA,** | **3:23-cr-00024-TES-CHW-1** |
| *Defendant.* | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Before the Court is the Government's Unopposed Motion for Continuance [Doc. 21]. On December 12, 2023, the Grand Jury returned a two-count Indictment [Doc. 13] against Defendant Victor Uriel Diego Estrada. On December 27, 2023, Defendant pled not guilty and waived his right to appear at his arraignment. [Doc. 16]. The Court has continued this case twice—first on December 30, 2023, and then on February 14, 2024—and this trial is currently scheduled for April 22, 2024. [Doc. 18]; [Doc. 20]. At the pretrial conference on April 10, 2024, both parties requested more time to prepare for trial. That same day, the Government filed this Motion. [Doc. 21].

In its Motion, the Government states that, due to this case's voluminous discovery, the parties need more time to sufficiently prepare for trial and litigate pre-trial matters. [*Id.* at p. 1]. The Government further states that the parties conferred and agreed that they will be ready for trial by August 2024. [*Id.*].

The Court finds that granting the Government's request serves the ends of justice. The Court further finds that the ends of justice served by granting the Government's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny the parties reasonable time for effective preparation, taking into account the exercise of due diligence.

Thus, the Court **GRANTS** the Government's Motion [Doc. 21] and **CONTINUES** the trial of this matter until August 26, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 11th day of April, 2024.

S/ Tilman E. Self, III_____
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**